NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


DONALD LAMORE,                          )
                                        )
            Appellant,                  )
                                        )
v.                                      )       Case No. 2D18-4605
                                        )
STATE OF FLORIDA,                       )
                                        )
            Appellee.                   )
                                        )
_____     )

Opinion filed November 1, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Charlotte County; George C. Richards,
Judge.


PER CURIAM.


            Affirmed.


VILLANTI, SALARIO, and BADALAMENTI, JJ., Concur.